IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JENNIFER E.,**

    **Plaintiff,**

        v.                          Civil Action 2:23-cv-1279
                                          Magistrate Judge Elizabeth P. Deavers

**COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This matter comes before the Court on the parties' Joint Motion for an Award of Attorney Fees Under the Equal Access to Justice Act. (ECF No. 15). The parties jointly move this Court to enter an award in the amount of $4,250.10 to the Plaintiff, which will satisfy all of their claims for fees, costs, and expenses under the EAJA that may be payable in this case.

After this Court enters the award, counsel for the parties shall verify that Plaintiff owes no pre-existing debt to the Government subject to offset; then, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff.

In light of the foregoing, this Court **GRANTS** the parties' Joint Motion to award Plaintiff attorneys' fees in the amount of $4,250.10.

    **IT IS SO ORDERED.**

Date: December 12, 2023                                 /s/ *Elizabeth A. Preston Deavers*
                                                            ELIZABETH A. PRESTON DEAVERS
                                                            UNITED STATES MAGISTRATE JUDGE